UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Paul Van Manen,<br><br>　　　　　　　　　Petitioner,<br><br>　　-against-<br><br>United States of America,<br><br>　　　　　　　　　Respondent. | 23-CV-1411 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

　　This case was opened when Van Manen filed a motion to vacate his sentence pursuant to 28 U.S.C. § 2255. Dkt. 1. The same motion was filed on the related criminal docket and decided in the Court's August 23, 2024 Opinion and Order. No other issues have been raised in this action and the motion at Dkt. 1 has been resolved, so the Clerk of Court is respectfully directed to close the case.

　　SO ORDERED.

Dated: January 10, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　ARUN SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge